UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

LIJUAN XIAO #A249-382-707

VERSUS

WARDEN SOUTH LOUISIANA I C E
PROCESSING CENTER ET AL

CASE NO.  6:26-CV-00761 SEC P

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [ECF No. 5], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition [ECF No. 1 1] is DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers this 7th day of May, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE